IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| GREAT PLAINS DISTRIBUTORS, LP, | § § | |
| Plaintiff, | § § | |
| v. | § § | No. 5:23-CV-252-H-BQ |
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, | § § § § | |
| Defendant. | § § | |

# ORDER

Before the Court is Defendant Allied Property and Casualty Insurance Company's (Allied) Unopposed Motion to Extend the Expert Objections Deadline. ECF No. 19. Under the Original Rule 16 Scheduling Order, the deadline for objections to experts is September 2, 2024. ECF No. 11, at 3. Allied asks to extend that deadline by thirty days—to October 2, 2024—to permit the parties time to continue settlement discussions. ECF No. 19, at 1–2. Plaintiff Great Plains Distributors, LP does not oppose the requested relief. *Id.* at 3. For the reasons set forth in the motion, the Court concludes good cause exists and hereby **GRANTS** the motion.

It is, therefore, **ORDERED** that the objections to experts deadline is modified as follows:

**Objections to Experts**: Objections to the qualifications or competency of experts, sometimes referred to as *Daubert* motions, **must** be made in a written motion filed

no later than **October 2, 2024**. Objections to experts on other grounds must be filed no later than **October 2, 2024**.

The Original Rule 16 Scheduling Order controls all other deadlines not addressed by this Order. *See* ECF No. 11.

**SO ORDERED.**

Dated: August 12, 2024.

_____
**AMANDA 'AMY' R. BURCH**
**UNITED STATES MAGISTRATE JUDGE**

2