IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| GREAT PLAINS DISTRIBUTORS, LP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 5:23-CV-252-H-BV |
| | § | |
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Agreed Stipulation of Dismissal with Prejudice. Dkt. No. 21. All parties who have appeared signed the stipulation. *Id.* "Except in special circumstances, . . . a voluntary order of dismissal requested by both parties is effective upon filing and does not require the approval of the court." *Ramming v. Nat. Gas Pipeline Co. of Am.*, 390 F.3d 366, 369 n.1 (5th Cir. 2004); *see* FED. R. CIV. P. 41(a)(1)(A)(ii). The Clerk of Court is **DIRECTED** to close this case based on the parties' joint stipulation and in accordance with Rule 41(a)(1)(A)(ii).

**SO ORDERED.**

Dated: November 13, 2024.

*Amy Burch*
AMANDA 'AMY' R. BURCH
**UNITED STATES MAGISTRATE JUDGE**